### 14355.   COWART *v.* BUSH, trustee, for use, etc.

BLOODWORTH, J. Under the facts shown by the record the excerpts from the charge of the court of which complaint is made contain no error that would require the grant of a new trial; and, as counsel for plaintiff in error concedes in his brief that there is sufficient evidence to support the finding of the jury, the judgment is

*Affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED JULY 11, 1923.

Complaint; from city court of Miller county — Judge Geer. January 8, 1923.

*N. L. Stapleton,* for plaintiff in error. *P. D. Rich,* contra.